UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LAUREL BRESAZ, et al., | Case No.: 14-CV-03868-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Plaintiffs' Attorneys:  James McManis; Christine Peek; Jennifer Murakami
Defendants' Attorneys: Stephen Schmid; Melissa Kiniyalocts

An initial case management conference was held on February 4, 2015.  A further case management conference is set for June 3, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by May 27, 2015.

The Court will not stay or bifurcate discovery. Each side may take up to 30 depositions, not including depositions of experts.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 1, 2015

FACT DISCOVERY CUTOFF: January 21, 2016

EXPERT DISCOVERY:
    Opening Reports: February 4, 2016
    Rebuttal Reports: March 3, 2016
    Close of Expert Discovery: March 31, 2016

1

Case No.: 14-CV-03868-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by April 28, 2016, and set for hearing no later than June 9, 2016, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case. The Court sets the following page limits for the dispositive motions of both sides:

- Motion: 30 pages
- Opposition: 30 pages
- Reply: 20 pages

FINAL PRETRIAL CONFERENCE: August 4, 2016, at 1:30 p.m.

JURY TRIAL: August 22, 2016, at 9:00 a.m. Trial is expected to last 14 days.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
LUCY H. KOH
United States District Judge