UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LAUREL BRESAZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.:14-CV-03868-LHK<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 13 |

Before the Court is Defendants' motion to dismiss. ECF No. 13. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing for this motion set for March 5, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-03868-LHK
ORDER VACATING HEARING