UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREL BRESAZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.: 14-CV-03868-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: James McManis, Christine Peek, Jennifer Murakami
Defendants' Attorneys: Stephen Schmid, Melissa Kiniyalocts

    A case management conference was held on June 3, 2015. A further case management conference is set for August 5, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 29, 2015.

    For the reasons stated on the record, Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 42) was GRANTED. Plaintiffs shall file their Second Amended Complaint by today, June 3, 2015. The October 1, 2015 hearing previously set for that motion shall be reserved for a hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. The parties shall agree to a briefing schedule for Defendants' motion, so long as the Reply is filed on or before September 1, 2015.

    For the reasons stated on the record, Plaintiffs were ORDERED to: (1) produce Mr. Marshall's cell phone records from December 8, 2013, through December 10, 2013; (2) reproduce copies of Mr. Marshall's prior wills; and (3) consult with Mr. Dean Harvey regarding Defendants'

1

Case No.: 14-CV-03868-LHK
CASE MANAGEMENT ORDER

request for Mr. Marshall's deposition transcript from the *High-Tech* class action litigation.

Plaintiffs shall serve on Defendants a written demand for settlement of this case by June 30, 2015.  The parties are referred to Magistrate Judge Spero for a settlement conference with a deadline of September 30, 2015.  The parties shall file a Joint Settlement Status Report with this Court by October 15, 2015.

The case schedule remains as previously set.  For the convenience of the parties, the schedule is set forth below:

FACT DISCOVERY CUTOFF: January 21, 2016

EXPERT DISCOVERY:
   Opening Reports: February 4, 2016
   Rebuttal Reports: March 3, 2016
   Close of Expert Discovery: March 31, 2016

DISPOSITIVE MOTIONS shall be filed by April 28, 2016, and set for hearing no later than June 9, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: August 4, 2016, at 1:30 p.m.

JURY TRIAL: August 22, 2016, at 9:00 a.m.  Trial is expected to last 14 days.

**IT IS SO ORDERED.**

Dated: June 3, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03868-LHK
CASE MANAGEMENT ORDER