UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREL BRESAZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No.14-CV-03868-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for August 5, 2015, is hereby CONTINUED to October 1, 2015, at 1:30 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by September 24, 2015.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
LUCY H. KOH
United States District Judge

Case No.14-CV-03868-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE