United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREL BRESAZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No.  5:14-cv-03868-LHK (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NOS. 4 AND 5** |

This court has received chambers copies of Discovery Dispute Joint Report (DDJR) Nos. 4 and 5, albeit only in redacted form.  Defendants having initiated those reports, they shall submit unredacted copies of them to the undersigned's chambers.  (Defendants need not, however, re-submit exhibits appended to those DDJRs if those exhibits were not filed in redacted form for confidentiality purposes.)

　　SO ORDERED.

Dated:   August 18, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

5:14-cv-03868-LHK Notice has been electronically mailed to:

Christine Peek   cpeek@mcmanislaw.com, cmcclelen@mcmanislaw.com, eschneider@mcmanislaw.com, sshakoori@mcmanislaw.com, svannorman@mcmanislaw.com

James McManis   jmcmanis@mcmanislaw.com, clarsen@mcmanislaw.com, eschneider@mcmanislaw.com

Jennifer Murakami   jmurakami@mcmanislaw.com

Melissa R. Kiniyalocts   melissa.kiniyalocts@cco.co.scl.ca.us, marylou.gonzales@cco.sccgov.org

Stephen H. Schmid   stephen.schmid@cco.co.santa-clara.ca.us, marylou.gonzales@cco.sccgov.org